JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

CERT. UNWRS. AT LLOYD'S OF LONDON and GCUBE UNWRS LTD

**(b)** County of Residence of First Listed Plaintiff   UNITED KINGDOM
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

PAUL R. BARTOLACCI, ESQUIRE, COZEN & O'CONNOR,
One Liberty Place, 1650 Market St., Phila. PA 19103 (215) 665-2001

### DEFENDANTS

JTEKT NORTH AMERICA CORPORATION

County of Residence of First Listed Defendant   Cuyahoga
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

RICHARD B. WICKERSHAM, JR., POST & SCHELL, P.C.
4 Penn Ctr., 1600 JFK Blvd., 13th Fl., Phila. PA 19103 (215) 587-6612

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | | | |
|---|---|---|---|
| ❏ 1 | U.S. Government Plaintiff | ❏ 3 | Federal Question *(U.S. Government Not a Party)* |
| ❏ 2 | U.S. Government Defendant | ☒ 4 | Diversity *(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)* *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ❏ 1 | ❏ 1 | Incorporated *or* Principal Place of Business In This State | ❏ 4 | ❏ 4 |
| Citizen of Another State | ❏ 2 | ☒ 2 | Incorporated *and* Principal Place of Business In Another State | ☒ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☒ 3 | ❏ 3 | Foreign Nation | ❏ 6 | ❏ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ❏ 110 Insurance | **PERSONAL INJURY** | ❏ 625 Drug Related Seizure of Property 21 USC 881 | ❏ 422 Appeal 28 USC 158 | ❏ 375 False Claims Act |
| ❏ 120 Marine | ❏ 310 Airplane | ❏ 365 Personal Injury - Product Liability | ❏ 423 Withdrawal 28 USC 157 | ❏ 400 State Reapportionment |
| ❏ 130 Miller Act | ❏ 315 Airplane Product Liability | ❏ 367 Health Care/ Pharmaceutical | | ❏ 410 Antitrust |
| ❏ 140 Negotiable Instrument | ❏ 320 Assault, Libel & Slander | Personal Injury Product Liability | **PROPERTY RIGHTS** | ❏ 430 Banks and Banking |
| ❏ 150 Recovery of Overpayment & Enforcement of Judgment | ❏ 330 Federal Employers' Liability | ❏ 368 Asbestos Personal Injury Product | ❏ 820 Copyrights | ❏ 450 Commerce |
| ❏ 151 Medicare Act | ❏ 340 Marine | Liability | ❏ 830 Patent | ❏ 460 Deportation |
| ❏ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ❏ 345 Marine Product Liability | **PERSONAL PROPERTY** | ❏ 840 Trademark | ❏ 470 Racketeer Influenced and Corrupt Organizations |
| ❏ 153 Recovery of Overpayment of Veteran's Benefits | ❏ 350 Motor Vehicle | ❏ 370 Other Fraud | **LABOR** | ❏ 480 Consumer Credit |
| | ❏ 355 Motor Vehicle Product Liability | ❏ 371 Truth in Lending | ❏ 710 Fair Labor Standards Act | ❏ 490 Cable/Sat TV |
| ❏ 160 Stockholders' Suits | ❏ 360 Other Personal Injury | ❏ 380 Other Personal Property Damage | **SOCIAL SECURITY** | ❏ 850 Securities/Commodities/ Exchange |
| ❏ 190 Other Contract | ❏ 362 Personal Injury - Medical Malpractice | ☒ 385 Property Damage Product Liability | ❏ 720 Labor/Management Relations | ❏ 890 Other Statutory Actions |
| ❏ 195 Contract Product Liability | | | ❏ 740 Railway Labor Act | ❏ 891 Agricultural Acts |
| ❏ 196 Franchise | | | ❏ 751 Family and Medical Leave Act | ❏ 893 Environmental Matters |
| | | | ❏ 790 Other Labor Litigation | ❏ 895 Freedom of Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ❏ 791 Employee Retirement Income Security Act | ❏ 896 Arbitration |
| ❏ 210 Land Condemnation | ❏ 440 Other Civil Rights | **Habeas Corpus:** | | ❏ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ❏ 220 Foreclosure | ❏ 441 Voting | ❏ 463 Alien Detainee | | ❏ 950 Constitutionality of State Statutes |
| ❏ 230 Rent Lease & Ejectment | ❏ 442 Employment | ❏ 510 Motions to Vacate Sentence | **FEDERAL TAX SUITS** | |
| ❏ 240 Torts to Land | ❏ 443 Housing/ Accommodations | ❏ 530 General | ❏ 870 Taxes (U.S. Plaintiff or Defendant) | |
| ❏ 245 Tort Product Liability | ❏ 445 Amer. w/Disabilities - Employment | ❏ 535 Death Penalty | ❏ 871 IRS—Third Party 26 USC 7609 | |
| ❏ 290 All Other Real Property | ❏ 446 Amer. w/Disabilities - Other | **Other:** | | |
| | ❏ 448 Education | ❏ 540 Mandamus & Other | **IMMIGRATION** | |
| | | ❏ 550 Civil Rights | ❏ 462 Naturalization Application | |
| | | ❏ 555 Prison Condition | ❏ 465 Other Immigration Actions | |
| | | ❏ 560 Civil Detainee - Conditions of Confinement | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

| | | | |
|---|---|---|---|
| ❏ 1 Original Proceeding | ☒ 2 Removed from State Court | ❏ 3 Remanded from Appellate Court | ❏ 4 Reinstated or Reopened   ❏ 5 Transferred from Another District *(specify)*   ❏ 6 Multidistrict Litigation |

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. §1332 (2006)

Brief description of cause:
DEFECTIVE BEARING ASSEMBLY IN WIND TURBINE RESULTING IN A FIRE AND PROPERTY LOSS

## VII. REQUESTED IN COMPLAINT:

❏ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $
3,254,828.33

CHECK YES only if demanded in complaint:

JURY DEMAND:   ☒ Yes   ❏ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____   DOCKET NUMBER _____

DATE
10/20/2015

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #   AMOUNT   APPLYING IFP   JUDGE   MAG. JUDGE

## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

### CASE MANAGEMENT TRACK DESIGNATION FORM

| | | |
|---|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON and GCUBE UNDERWRITING, LTD., Plaintiffs | : | CIVIL ACTION |
| v. | : | |
| JTEKT NORTH AMERICA CORPORATION, Defendant | : | NO. |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.)  In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

## SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.                    (  )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health
    and Human Services denying plaintiff Social Security Benefits.                           (  )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.  (  )

(d) Asbestos – Cases involving claims for personal injury or property damage from
    exposure to asbestos.                                                                    (  )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are
    commonly referred to as complex and that need special or intense management by
    the court.  (See reverse side of this form for a detailed explanation of special
    management cases.)                                                                       (  )

(f) Standard Management – Cases that do not fall into any one of the other tracks.           (✗)

| | | |
|---|---|---|
| October 20, 2015 | Richard B. Wickersham, Jr. | JTEKT North America Corporation |
| **Date** | **Attorney-at-law** | **Attorney for** |
| (215) 901-0766 | (215) 320-4875 | rwickersham@postschell.com |
| **Telephone** | **FAX Number** | **E-Mail Address** |

(Civ. 660) 10/02

# UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiffs:  **Certain Underwriters at Lloyd's London, 1 Lime street, London, England EC3M 7 HA.**
**GCube Underwriting Ltd., 155 Fenchurch Street, London, England EC3M 6 AL.**

Addresses of Defendants:  **JTEKT North America Corporation, 29570 Clemons Road, Westlake, Ohio 44145.**

Place of Accident, incident or Transaction:  **Portage, Pennsylvania (Cambria County)**
*(Use Reverse Side For Additional Space)*

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?
(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))     Yes ☒   No ☐

Does this case involve multidistrict litigation possibilities?     Yes ☐   No ☒

*RELATED CASE, IF ANY:*
Case Number: _____ Judge _____ Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?     Yes ☐   No ☐

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?     Yes ☐   No ☐

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?     Yes ☐   No ☐

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?     Yes ☐   No ☐

CIVIL: (Place ☒ in ONE CATEGORY ONLY)

A. *Federal Question Cases:*

1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☐ All other Federal Question Cases
(Please specify) _____

B. *Diversity Jurisdiction Cases:*

1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☒ Products Liability
8. ☐ Products Liability — Asbestos
9. ☐ All other Diversity Cases
(Please specify) _____

## ARBITRATION CERTIFICATION
*(Check Appropriate Category)*

I, RICHARD B. WICKERSHAM, JR., ESQUIRE , counsel of record do hereby certify:

☒ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

☐ Relief other than monetary damages is sought.

DATE:   10/20/2015

RICHARD B. WICKERSHAM, JR., ESQUIRE          494466
Attorney-at-Law

**NOTE:** A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE:   10/20/2015

RICHARD B. WICKERSHAM, JR., ESQUIRE          494466
Attorney-at-Law

CIV. 609 (5/2012)

### UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S subscribing to Policy No. W1124052502, Including the Following Members/Names: Lloyd's Syndicate 510 (Line One)(Kiln), Lloyd's Syndicate 2623 (Beazley), Lloyd's Syndicate 2122 (Argenta), Lloyd's Syndicate 5000 (Travelers), Lloyd's Syndicate 3000 (Markel), Lloyd's Syndicate 1084 (Chaucer), Lloyd's Syndicate 609 (Atrium), Lloyd's Syndicate 551 (Montpelier Re), Lloyd's Syndicate 2003 (Catlin), Lloyd's Syndicate 1200 (Argo), Lloyd's Syndicate 510 (Line Two)(Kiln), Lloyd's Syndicate 4020 (Ark), Lloyd's Syndicate 33 (Hiscox), Lloyd's Syndicate 1036 (O'Farrell), Lloyd's Syndicate 623 (Beasley), Lloyd's Syndicate and Great Lakes Re (Munich Re) a/s/o INFIGEN ENERGY LIMITED and GCUBE UNDERWRITING LIMITED a/s/o INFIGEN ENERGY LIMITED, | CIVIL ACTION |
| Plaintiffs, | |
| v. | JURY TRIAL DEMANDED |
| JTEKT NORTH AMERICA CORPORATION, | |
| Defendant. | |

### PETITION FOR REMOVAL
### PURSUANT TO 28 U.S.C. §1332 AND 28 U.S.C. §1441

Defendant, JTEKT North America Corporation (f/n/a Koyo Corporation USA), by and through its attorneys, Post & Schell, P.C., hereby petitions to remove this civil action, pending in the Court of Common Pleas, Philadelphia County, April Term, 2015, No. 2745, pursuant to 28 U.S.C. §1332 and 28 U.S.C. §1441 *et seq.*, and in support thereof, avers as follows:

### I.    NATURE OF ACTION

1.      This is a subrogation claim commenced by Writ of Summons involving an alleged May 3, 2013 fire in a wind turbine at the Allegheny Ridge Wind Farm in Portage, Pennsylvania. See a true and correct copy of the Writ of Summons attached hereto as Exhibit "A."

2.      Plaintiffs, Certain Underwriters at Lloyd's London a/s/o Infigen Energy Limited and GCube Underwriting Ltd. a/s/o Infigen Energy Limited, assert causes of action sounding in strict products liability, negligence and negligent misrepresentation against a lone Defendant, JTEKT North America Corporation (f/k/a Koyo Corporation of USA). See a true and correct copy of the Complaint attached hereto as Exhibit "B."

3.      Plaintiff, Certain Underwriters at Lloyd's London, is a foreign corporation with a principal place of business in London, England. See Exhibit "B" at ¶1 (Parties); Ashenden v. Lloyd's of London, 934 F.Supp. 992 (N.D.Ill. 1996)(Lloyd's is "considered a corporation for purposes of analysis under §1332."); www.lloyds.com.[1]

4.      Plaintiff, GCube Underwriting Ltd., is a foreign corporation with a principal place of business in London, England. See Exhibit "B" at ¶2 (Parties)/Caption; www.gcube-insurance.com.

5.      The subrogor, Infigen Energy Limited, is a foreign corporation with a principal place of business in Sydney, Australia. See www.infigenenergy.com.

6.      Defendant, JTEKT North American Corporation (f/k/a Koyo Corporation USA), is a domestic company incorporated in the State of South Carolina which has its principal place of business in the State of Ohio. See Exhibit "B" at ¶3 (Parties).

## II.    **PROCEDURAL HISTORY**

7.      On October 6, 2015 Plaintiffs filed the Complaint in the Philadelphia County Court of Common Pleas, see Exhibit "B," and served it the same date.

---

[1]      None of the "Syndicates" alleged in the caption of the Complaint (Exhibit "B.") were named in the Writ of Summons (Exhibit "A") commencing this civil action and, moreover, the statute of limitations expired before the Complaint was filed of record. The original removal papers were drafted as per the caption commencing this civil action but were refused by the Clerk of Court because they did not "match" the caption of the Complaint. Hence, the "Syndicates" are herein set forth only to facilitate the prompt filing of the instant Petition for Removal.

8.      Pursuant to 28 U.S.C. § 1446(b)(2)(B), Defendant shall have thirty (30) days after service of the Complaint to file a notice of removal, this notice of removal, and related papers, has been filed within thirty (30) days of the date of service of the Complaint and is, therefore, timely under 28 U.S.C. § 1446(b).

## III.     LEGAL ARGUMENT

### A.      THE PARTIES ARE DIVERSE

9.      Pursuant to 28 U.S.C. § 1332, a matter may be removed to Federal Court based upon the diversity of citizenship of the parties.

10.     On the face of the Complaint, as stated above, the Defendant (South Carolina/Ohio) has diverse citizenship from that of the foreign Plaintiffs (England).

11.     As a result, there is complete diversity of citizenship between the Plaintiffs and the Defendant.

### B.      THE AMOUNT IN CONTROVERSY EXCEEDS $75,000

12.     Under 28 U.S.C. §1332(a), federal jurisdiction based on diversity of citizenship requires that the amount in controversy exceed $75,000.

13.     In this case, Plaintiffs have alleged specific damages in the amount of $3,254,828.33.  See Exhibit "B" at ¶10.

## IV.     CONCLUSION

14.     Therefore, removal is proper under 28 U.S.C. §§ 1332 and 1441.

**WHEREFORE**, Defendant, JTEK North America Corporation, respectfully requests that this Honorable Court find this case to have been properly removed and assume full jurisdiction of this matter.

Dated:  October 20, 2015          **POST & SCHELL, P.C.**

By: _____

RICHARD B. WICKERSHAM, JR. (RW-9884)
ATTY ID No.:  49466
Four Penn Center, 13th Floor
1600 John F. Kennedy Boulevard
Philadelphia, PA  19103-2808
(215) 587-6612
rwickersham@postschell.com

Attorneys for Defendant,
JTEKT North America Corporation

## CERTIFICATE OF SERVICE

I do hereby certify that service of a true and correct copy of the foregoing document was electronically filed via the ECF System (which is available for public viewing and printing) and has been served this day upon the following by e-mail:

Paul R. Bartolacci, Esquire
Daniel J. Luccaro, Esquire
**COZEN O'CONNOR**
One Liberty Place
1650 Market Street
Philadelphia, PA  19103
**Attorneys for Plaintiffs**

Dated: October 20, 2015          **POST & SCHELL, P.C.**

By: _____

          RICHARD B. WICKERSHAM, JR.

# Petition for Removal
# Exhibit "A"
# Writ of Summons

Court of Common Pleas of Philadelphia County
Trial Division

# Civil Cover Sheet

| For Prothonotary Use Only (Docket Number) |
|---|
| APRIL 2015                    002745 |
| E-Filing Number: 1504053555 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S A/S/O INFIGEN ENERGY LIMITED | JTEK NORTH AMERICAN CORP F/K/A KOYO CORPORATION OF USA |
| **PLAINTIFF'S ADDRESS** | **DEFENDANT'S ADDRESS** |
| 1 LIME STREET LONDON   EC3M 7 HA | 29570 CLEMONS ROAD WESTLAKE OH 44145 |
| **PLAINTIFF'S NAME** | **DEFENDANT'S NAME** |
| G CUBE UNDERWRITING A/S/O INFIGEN ENERGY LIMITED | |
| **PLAINTIFF'S ADDRESS** | **DEFENDANT'S ADDRESS** |
| 155 FENCHURCH STREET LONDON   EC3M 6 AL | |
| **PLAINTIFF'S NAME** | **DEFENDANT'S NAME** |
| | |
| **PLAINTIFF'S ADDRESS** | **DEFENDANT'S ADDRESS** |
| | |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NUMBER OF DEFENDANTS | COMMENCEMENT OF ACTION |
|---|---|---|
| 2 | 1 | ☐ Complaint  ☐ Petition Action  ☐ Notice of Appeal  ☒ Writ of Summons  ☐ Transfer From Other Jurisdictions |

| AMOUNT IN CONTROVERSY | COURT PROGRAMS | | | |
|---|---|---|---|---|
| ☐ $50,000.00 or less  ☒ More than $50,000.00 | ☐ Arbitration  ☒ Jury  ☐ Non-Jury  ☐ Other: | ☐ Mass Tort  ☐ Savings Action  ☐ Petition | ☐ Commerce  ☐ Minor Court Appeal  ☐ Statutory Appeals | ☐ Settlement  ☐ Minors  ☐ W/D/Survival |

**CASE TYPE AND CODE**

2P - PRODUCT LIABILITY

**STATUTORY BASIS FOR CAUSE OF ACTION**

| RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER) | FILED PRO PROTHY APR 27 2015 K. EDWARDS | IS CASE SUBJECT TO COORDINATION ORDER?   YES      NO |
|---|---|---|

**TO THE PROTHONOTARY:**

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: CERTAIN UNDERWRITERS AT LLOYD'S A/S/O INFIGEN ENERGY LIMITED , G CU

Papers may be served at the address set forth below.

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY | ADDRESS |
|---|---|
| PAUL R. BARTOLACCI | 1900 MARKET ST, 3RD FL PHILADELPHIA PA 19103 |
| **PHONE NUMBER**  (215)665-2001 | **FAX NUMBER**  (215)701-2001 | |
| **SUPREME COURT IDENTIFICATION NO.**  39378 | **E-MAIL ADDRESS**  pbartolacci@cozen.com |
| **SIGNATURE OF FILING ATTORNEY OR PARTY**  PAUL BARTOLACCI | **DATE SUBMITTED**  Monday, April 27, 2015, 01:29 pm |

FINAL COPY (Approved by the Prothonotary Clerk)

C.P.97

# Commonwealth of Pennsylvania

SUMMONS
*CITACION*

## CITY AND COUNTY OF PHILADELPHIA

CERTAIN UNDERWRITERS AT LLOYD'S
LONDON a/s/o INFIGEN ENERGY
LIMITED, et al

COURT OF COMMON PLEA

*vs.*

JTEK NORTH AMERICA CORPORATION,
f/k/a KOYO CORPORATION OF U.S.A.

No. _____

To[1]

JTEK NORTH AMERICA
CORPORATION, f/k/a KOYO
CORPORATION OF U.S.A.
29570 Clemons Road

You are notified that the Plaintiff[2]
*Usted esta avisado que el demandante*[2]

CERTAIN UNDERWRITERS AT LLOYD'S LONDON a/s/o INFIGEN ENERGY LIMITED and
G CUBE UNDERWRITING LIMITED a/s/o INFIGEN ENERGY LIMITED

Has (have) commenced an action against you.
*Ha (han) iniciado una accion en contra suya.*



JOSEPH H. EVERS
*Prothonotary*

By _____

150402745
27 APR 2015 01:29 pm
K. EDWARDS

Date _____

[1] Name(s) of Defendant(s)
[2] Name(s) of Plaintiff(s)

10-208 (Rev. 6/00)

Case ID: 150402745

COURT OF COMMON PLEAS

_____ Term, 20 ____ No. ____

_____

CERTAIN UNDERWRITERS AT LLOYD'S
LONDON a/s/o INFIGEN ENERGY LIMITED, et
al

vs.

JTEK NORTH AMERICA CORPORATION,
f/k/a KOYO CORPORATION OF U.S.A.

SUMMONS

Case ID: 150402745

COZEN
O'CONNOR

1900 Market Street
Philadelphia, PA 19103-3508

CERTIFIED MAIL

7002 3150 0004 9236 4217

To:

JTEK North America Corporation
f/k/a Koyo Corporation of US
29570 Clemons Road
Westlake, OH 44145

# Petition for Removal Exhibit "B" Complaint

COZEN O'CONNOR
By:  Paul R. Bartolacci, Esquire
Attorney ID# 39378
By:  Daniel J. Luccaro, Esquire
Attorney ID# 89247
One Liberty Place
1650 Market Street
Philadelphia, PA 19103
215-665-2001 (phone)
215-701-2001 (fax)
pbartolacci@cozen.com
dluccaro@cozen.com
*Attorneys for Plaintiffs*

**THIS IS NOT AN ARBITRATION MATTER
ASSESSMENT OF DAMAGES
IS NOT REQUIRED**

| | | |
|---|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S | : | COURT OF COMMON PLEAS |
| LONDON subscribing to Policy No. WI124052502, | : | PHILADELPHIA COUNTY |
| Including the Following Members/Names | : | |
| LLOYD'S SYNDICATE 510 (LINE ONE) (KILN), | : | COURT TERM AND NO.: |
| LLOYD'S SYNDICATE 2623 (BEAZLEY), | : | APRIL 2015 002745 |
| LLOYD'S SYNDICATE 2122 (ARGENTA), | : | |
| LLOYD'S SYNDICATE 5000 (TRAVELERS), | : | |
| LLOYD'S SYNDICATE 3000 (MARKEL), | : | |
| LLOYD'S SYNDICATE 1084 (CHAUCER), | : | |
| LLOYD'S SYNDICATE 609 (ATRIUM), | : | |
| LLOYD'S SYNDICATE 5151 (MONTPELIER | : | **JURY TRIAL DEMANDED** |
| RE), | : | |
| LLOYD'S SYNDICATE 2003 (CATLIN), | : | |
| LLOYD'S SYNDICATE 1200 (ARGO), | : | |
| LLOYD'S SYNDICATE 510 (LINE TWO) (KILN), | : | |
| LLOYD'S SYNDICATE 4020 (ARK), | : | |
| LLOYD'S SYNDICATE 33 (HISCOX), | : | |
| LLOYD'S SYNDICATE 1036 (O'FARRELL), | : | |
| LLOYD'S SYNDICATE 623 (BEASLEY), and | : | |
| GREAT LAKES RE (MUNICH RE), a/s/o | : | |
| INFIGEN ENERGY LIMITED | : | |
| 1 Lime Street | : | |
| London, England EC3M 7 HA | : | |
| | : | |
| and | : | |
| | : | |
| G CUBE UNDERWRITING LIMITED | : | |
| a/s/o INFIGEN ENERGY LIMITED | : | |
| 155 Fenchurch Street | : | |
| London, England EC3M 6 AL | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |

Filed and Attested by
PROTHONOTARY
06 OCT 2015 02:13 pm
B. MARTIN

<table>
<tr><td>v.</td><td>:</td></tr>
</table>

JTEKT NORTH AMERICA CORPORATION,     :
f/k/a KOYO CORPORATION OF U.S.A.     :
29570 Clemons Road     :
Westlake, Ohio  44145     :
                     :
           Defendant.     :

### COMPLAINT

Plaintiffs, Certain Underwriters at Lloyds London Subscribing to Policy Number WI124052502 and G Cube Underwriting Limited, by and through their undersigned attorneys, upon information and belief, complains of defendant, JTEKT North America Corporation f/k/a Koyo Corporation USA, as follows:

### PARTIES

1.    Plaintiff, Certain Underwriters at Lloyd's London Subscribing to Policy No. WI24052502 ("Lloyd's") includes the those syndicates underwriting out of and companies that operate through the Lloyd's, London insurance market at 1 Lime Street London, England participating in the insurance issued to Infigen Energy Limited ("Infigen"), including the following syndicates: Lloyd's Syndicate 510 (Line One) (Kiln); Lloyd's Syndicate 2623 (Beazley); Lloyd's Syndicate 2122 (Argenta); Lloyd's Syndicate 5000 (Travelers); Lloyd's Syndicate 3000 (Markel); Lloyd's Syndicate 1084 (Chaucer); Lloyd's Syndicate 5151 (Montpelier Re); Lloyd's Syndicate 609 (Atrium); Lloyd's Syndicate 2003 (Catlin); Lloyd's Syndicate 1200 (Argo); Lloyd's Syndicate 510 (Line Two) (Kiln); Lloyd's Syndicate 4020 (Ark); Lloyd's Syndicate 33 (Hiscox); Lloyd's Syndicate 1036 (O'Farrell); Lloyd's Syndicate 623 (Beasley); and Great Lakes Re (Munich Re).

2.    Plaintiff, G Cube Underwriting Limited ("G Cube) also participated in the insurance for Infigen.

Case ID: 150402745

3.      Defendant, JTEKT North America Corporation f/k/a Koyo Corporation USA ("Koyo"), is a South Carolina corporation, with its principal place of business located at 29570 Clemons Road, Westlake, Ohio, and at all times material hereto, *inter alia,* was engaged in the business of designing, manufacturing and supplying industrial bearings.

## FACTUAL ALLEGATIONS

1.      At all times material hereto, plaintiffs' insured, Infigen, owned and operated the Allegheny Ridge Wind Farm in Portage, Pennsylvania ("the Wind Farm").

2.      At all times material hereto, there was a Gamesa model G87 wind turbine known as Turbine A25 in operation at the Wind Farm ("the Turbine").

3.      At all times material hereto, plaintiffs provided insurance coverage to Infigen for the Turbine.

4.      At all times material hereto, the Turbine contained a rear bearing assembly within its main shaft that was designed, manufactured and/or supplied by defendant Koyo ("the Bearing Assembly").

5.      On or about May 3, 2013, a fire occurred in the Turbine as a result of a failure of the Bearing Assembly ("the Fire").

6.      The failure and resulting Fire was a result of a manufacturing defect in the Bearing Assembly.

7.      The defect in the Bearing Assembly caused the metal within the Bearing Assembly to rub and eventually crack.

8.      The continued operation of the Bearing Assembly in its deteriorated condition over time generated significant heat from friction which ultimately ignited the lubricating grease in the Bearing Assembly.

9.      The Fire spread from within the Bearing Assembly and resulted in damage to other parts of the Turbine and also damaged other property belonging to plaintiffs' insured.

10.     Pursuant to the terms of the aforementioned insurance policy, plaintiffs have reimbursed their insured in the amount of $3,254,828.33 for damages resulting from the Fire.

11.     In accordance with the common law principles of legal and equitable subrogation and terms of the insurance policy, plaintiffs are subrogated to the rights of their insured to the extent of the aforementioned payments, with respect to any claims against defendant.

## COUNT I: STRICT LIABILITY

12.     Plaintiffs incorporate by reference the foregoing paragraphs as though fully set forth herein.

13.     Defendant designed, manufactured, and/or distributed the Bearing Assembly, which was intended to be used in applications such as the Turbine.

14.     The Bearing Assembly was defective and unsafe for its intended use by reason of defects which existed when defendant placed it into the stream of commerce.

15.     The Bearing Assembly was defective in that it was in a condition not reasonably contemplated by consumers and was unusually and unreasonably dangerous for use in equipment such as the Wind Turbine.

16.     The Fire and the resulting damage was caused by the defectively designed and/or manufactured Bearing Assembly.

17.     As a direct and proximate result of the defective condition of the Bearing Assembly, the Fire occurred and resulted in significant damages to plaintiff.

18.     Defendant is strictly liable for the Fire and resulting damages pursuant to Restatement (Second) of Torts §402(a), et seq.

Case ID: 150402745

WHEREFORE, plaintiffs demand judgment against defendant in the amount of $3,254,828.33, exclusive of interest and costs.

## COUNT II:   NEGLIGENCE

19.   Plaintiffs incorporate by reference the foregoing paragraphs as though fully set forth herein.

20.   The Fire and the resulting damages were directly and proximately caused by the negligence, carelessness, recklessness, gross negligence and/or negligent acts and/or omissions of defendant Koyo in:

    (a)   supplying a defectively manufactured and/or designed product;

    (b)   failing to adequately, properly and safely assemble, inspect and/or test the Bearing Assembly;

    (c)   failing to have proper quality control safeguards in place for the manufacture of the Bearing Assembly;

    (d)   selecting improper materials for use in is product; and

    (e)   failing to provide proper warnings, instructions and specifications for the Bearing Assembly.

WHEREFORE, plaintiffs demand judgment against defendant in the amount of $3,254,828.33, exclusive of interest and costs.

## COUNT III:   NEGLIGENT MISREPRESENTATION UNDER RESTATEMENT (SECOND) OF TORTS §552

21.   Plaintiffs incorporate the foregoing paragraphs as though fully set forth herein at length.

22.    Defendant Koyo is in the business of providing information along with its bearings including technical specifications.

23.    In purchasing the Wind Turbine from Gamesa, plaintiffs' insured relied on information provided by Koyo to Gamesa regarding the capacity and fitness of its bearings for the application it was used in.

24.    Defendant was aware when it prepared the design specifications for its bearings that that they would be used in applications such as the Wind Turbine and the specifications would be relied on by end users of the Wind Turbine such at plaintiffs' insured.

25.    The specifications for the bearings were flawed and contained misinformation regarding their fitness for this particular application.

26.    Defendant failed to exercise reasonable care and competence in drafting, designing and supplying the specifications for the bearings.

27.    As a result of the flaws and misinformation contained in the specifications, the Fire occurred and resulted in significant damages.

WHEREFORE, plaintiffs demand judgment against defendant in the amount of $3,254,828.33, exclusive of interest and costs.

Dated: October 6, 2015                    COZEN O'CONNOR

                                          By:    /s/Paul R. Bartolacci
                                                 Paul R. Bartolacci, Esquire
                                                 Daniel J. Luccaro, Esquire
                                                 One Liberty Place
                                                 1650 Market Street
                                                 Philadelphia, PA  19103
                                                 215-665-2001 (phone)
                                                 215-701-2001 (fax)
                                                 E-mail: pbartolacci@cozen.com
                                                 E-mail: dluccaro@cozen.com
                                                 *Attorneys for the Plaintiffs*

Case ID: 150402745

## VERIFICATION

James Papazis, being duly sworn according to law, deposes and states that I am a claims

representative with G Cube Insurance Services, Inc. and am authorized by plaintiffs, Certain

Underwriters at Lloyd's Subscribing to Policy Number WI124052502 and G Cube Underwriting

Limited, to verify the foregoing Complaint on their behalf, and that the general facts contained in

the Complaint relating to the identity of the parties and the events that are the basis of this

lawsuit are true and correct to the best of my information and belief, understanding that the

statements made herein are made subject to penalties of 18 Pa. C.S.A. § 4904 relating to unsworn

falsifications to authorities.  The legal opinions, conclusions and theories are based upon the

advice of counsel and forensic investigation undertaken by consultants, upon whom plaintiffs

rely for purposes of making this verification.

Dated: 2 OCT 2015

JAMES N PAPAZIS

7

## CERTIFICATE OF SERVICE

I do hereby certify that service of a true and correct copy of the foregoing document was

electronically filed via the ECF System (which is available for public viewing and printing) and

has been served this day upon the following by e-mail:

Paul R. Bartolacci, Esquire
Daniel J. Luccaro, Esquire
**COZEN O'CONNOR**
One Liberty Place
1650 Market Street
Philadelphia, PA  19103
**Attorneys for Plaintiffs**

Dated: October 20, 2015            POST & SCHELL, P.C.

                                   By: _____
                                       RICHARD B. WICKERSHAM, JR.