

Four Penn Center
1600 John F. Kennedy Blvd.
Philadelphia, PA  19103
215-587-1000 Main
215-587-1444 Fax
www.postschell.com

Richard B. Wickersham, Jr.

rwickersham@postschell.com
215-587-6612 Direct
215-320-4875 Fax
File Number: 161848

November 30, 2015

Chief Judge Petrese B. Tucker
**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
Room 16613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

    **RE:**    <u>Lloyd's/GCube v. JTEKT North America Corp.</u>
            <u>USDC (E.D.Pa.) No. 2:15-cv-05713-PBT</u>

Dear Judge Tucker:

Please be advised that Defendant, JTEKT North America Corporation (f/n/a Koyo Corporation in U.S.A.)("JNA") is not going to oppose the pending Motion for Remand [ECF 7] and that the proposed Order [ECF 7-2] may be entered on the docket.

JNA did not design, manufacture or distribute the bearing product(s) at issue and cannot justify the expense to fight an unnecessary jurisdictional battle despite the proper removal on the papers served.  JNA has already put opposing counsel on notice of its Fed.R.Civ.P. 11 violation, and will simply pursue its dismissal and recovery of the needlessly growing defense costs in the state court forum.

Our thanks to you and your staff for your brief attention to this civil action.  Happy holidays.

Respectfully submitted,

*[signature]*

Richard B. Wickersham, Jr.

RBW:tmc

cc:   Paul R. Bartolacci, Esquire/Daniel J. Luccaro, Esquire

ALLENTOWN   HARRISBURG   LANCASTER   PHILADELPHIA   PITTSBURGH   PRINCETON   WASHINGTON, D.C.
A PENNSYLVANIA PROFESSIONAL CORPORATION